NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1532

ARCTIC SLOPE NATIVE ASSOCIATION, LTD.,

Appellant,

v.

Charles E. Johnson,
ACTING SECRETARY OF HEALTH AND HUMAN SERVICES,

Appellee.

Appeal from the Civilian Board of Contract Appeals in case nos. 190-ISDA and 289-ISDA through 293-ISDA, Administrative Judge Candida S. Steel.

ON MOTION

Before DYK, Circuit Judge.

## ORDER

The Acting Secretary of Health and Human Services moves for a five-day extension of time, until February 17, 2009, to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 24 2009
_____
Date

cc: Lloyd Benton Miller, Esq.
Robert E. Chandler, Esq.
s17

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2009

JAN HORBALY
CLERK